UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL L. OVERTON, C47370,

          Plaintiff,

    v.

OFFICER ALLMAN, et al.,

          Defendant(s).

Case No. 20-cv-01578-CRB  (PR)

**ORDER OF DISMISSAL**

(ECF Nos. 3 & 4)

      This civil action by a prisoner was filed on March 3, 2020.  The court notified plaintiff in writing at that time that the action was deficient because plaintiff did not pay the requisite $400.00 filing fee or, instead, submit a signed and completed court-approved in forma pauperis application, including a completed certificate of funds in the prisoner's account and a copy of the prisoner's trust account statement for the last six months.  See 28 U.S.C. § 1915(a)(2).  Plaintiff was advised that failure to file the requested items within 28 days would result in dismissal of the action.

      More than 70 days have passed yet plaintiff has not provided the court with the requisite items or sought an extension of time to do so.  Instead, plaintiff has filed two motions "to settle" unrelated to his obligation to pay the requisite filing fee or submit an in forma pauperis application.  The action is DISMISSED without prejudice.

      The clerk shall close the file and terminate all pending motions (ECF Nos. 3 & 4) as moot.

      **IT IS SO ORDERED**.

Dated: May 14, 2020

_____

CHARLES R. BREYER
United States District Judge